An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF
BENJAMIN R. LUND, BAR NO. 7069.

No. 66366

FILED

SEP 24 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

*ORDER DECLINING TO IMPOSE TEMPORARY SUSPENSION*

This is a petition by bar counsel pursuant to SCR 111(4) concerning attorney Benjamin R. Lund, based on Lund's conviction in Las Vegas Township Justice Court, pursuant to a *nolo contendere* plea, of first-offense driving under the influence. Lund timely informed bar counsel of his conviction. *See* SCR 111(2). Because Lund's conviction is not one of those specifically discussed in SCR 111(6)-(8) as a "serious" crime requiring suspension and automatic referral to the disciplinary board, temporary suspension and referral to the disciplinary board are discretionary with this court. SCR 111(9).

The gravity of drinking and driving cannot be minimized; however, first-offense misdemeanor driving under the influence is not the type of offense for which professional discipline is typically imposed. *See* 2 Geoffrey C. Hazard, Jr., W. William Hodes & Peter R. Jarvis, *The Law of Lawyering* § 65.4 (3d ed. 2012); *In the Matter of Respondent I*, 2 Cal. State Bar Ct. Rptr. 260, 266 n.6, 272 (Rev. Dept. 1993).

SUPREME COURT
OF
NEVADA

(O) 1947A

H-31768

Accordingly, having considered the petition and the supporting documentation, we conclude that Lund's offense does not warrant the imposition of a temporary suspension or referral to the disciplinary board at this time.

It is so ORDERED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc:    State Bar of Nevada/Las Vegas
       Benjamin R. Lund